FILED ___ ENTERED
LODGED ___ RECEIVED

JAN 17 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                               DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO. |
| --- | --- |
| Plaintiff, | CR18-5017 BHS |
| v. | PRAECIPE FOR A SUMMONS |
| ROBIN GALE CLINE, | |
| Defendant. | |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

You will please issue a summons on an Indictment filed herein to:

Robin Gale Cline
18018 75th Avenue East
Puyallup, WA 98375

directing said individual to appear at the Union Station Courthouse, 1717 Pacific Avenue, Tacoma, Washington 98402, before United States Magistrate Judge J. Richard Creatura, on January 29, 2018, at 1:30 p.m., to answer to an Indictment charging Title 18, United States Code, Section 1343.

DATED this 17th day of January, 2018.

STEPHEN P. HOBBS
Assistant United States Attorney

SECRET: YES:___ NO: XX

SUMMONS/ – PAGE 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970