JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 18-5017 BHS |
| Plaintiff, | ) ) | ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | ) ) | |
| ROBIN GALE CLINE, | ) ) | |
| Defendant. | ) ) | |

THIS MATTER having come before the Court on the defendant's Motion for Early Termination of Supervised Release, and the Court having reviewed the instant motion and the records and files herein, now, therefore,

IT IS HEREBY ORDERED that the defendant, Robin Gale Cline, is terminated from the remainder of her supervised release and is discharged from supervision.

DONE this __ day of _____, 2022.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Rebecca Fish*
Assistant Federal Public Defender
Attorney for Robin Cline

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE
(*United States v. Cline*, CR18-5017-BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710