The Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBIN CLINE,

Defendant.

NO. CR18-5017-BHS

GOVERNMENT'S RESPONSE TO
MOTION TO TERMINATE
SUPERVISION

Robin Cline pled guilty to the three counts of *Wire Fraud*, in violation of 18 U.S.C. §1343. As set forth in the plea agreement, Ms. Cline admitted that she embezzled approximately $289,000 while working as an accounts receivable clerk at Costco Wholesale. She received a sentence of 12 months and three years of supervised release. She now seeks early termination of her period of supervision.

The government respectfully requests that the motion for early termination be denied. Assuming that all of the positive aspects of her life described in the defense memorandum are correct – and the government notes that there has been no urinalysis testing and that the Probation Office has not received verification that mental health treatment has been completed – Ms. Cline has barely made a dent toward her restitution obligation. As the Probation Officer notes, Ms. Cline has only paid a total of $3,669.31

towards her restitution and special penalty assessment, leaving a balance of $286,605.60. Moreover, Ms. Cline has only been making restitution payments since June of 2021.

Ms. Cline's criminal actions allowed her to obtain the benefit of the money she embezzled and the interests of justice in this case all lean toward making the victim whole, not terminating supervision. Given the limited time that Ms. Cline has actually been making restitution payments, and the limited amount paid, it cannot be said with certainty that she is "rehabilitated." The government hopes this is true, but ongoing supervision to monitor payment of restitution, and to protect the community from further criminal conduct (i.e., by allowing the Probation Officer to review her financial records and precluding her from opening new lines of credit without prior approval) remains appropriate.

DATED this 6th day of January, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Stephen Hobbs*
STEPHEN HOBBS
Assistant United States Attorney
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, WA 98101-3903
Telephone:    206-553-4301
Fax:          206-553-0755
E-mail:       stephen.p.hobbs@usdoj.gov

*United States v. Cline*, CR18-5017-BHS
Government's Response to Motion to Terminate Supervision- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970